UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

IN RE: ROGER BARRY DAVIS

Case Number: 25-12367-PDR
Chapter 7

XXX-XX-9590
        Debtor,

                                    /

## NOTICE OF APPEARANCE
## AND REQUEST FOR NOTICE AND COPIES

BECKER & POLIAKOFF, P.A., hereby files it Notice of Appearance and Request for Notice and Copies on behalf of **Captain's Paradise Condominium, Inc.**, a creditor of the debtor, and said counsel requests notice of all future hearings and copies of all future filings in this proceeding, as provided in the Bankruptcy Code and Bankruptcy Rules.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing was served by first class United States mail or by CM/ECF to Mark S. Roher, Esq., Attorney for Debtor, Roger Barry Davis, Law Office of Mark S. Roher, P.A., 1806 N. Flamingo Road, Suite 300, Pembroke Pines, FL 33028,  mroher@markroherlaw.com; Leslie S. Osbourne, Trustee, 1300 N. Federal Hwy., Suite 203, Boca Raton, FL 33432; U.S. Trustee, Office of the U.S. Trustee, 51 SW 1st Ave, Suite 1204, Miami, FL 33130, on this 11th day of March, 2025.

BECKER & POLIAKOFF, P.A.
1 East Broward Blvd., Suite 1700
Fort Lauderdale, FL 33301
Phone: (954) 985-4102
Fax: (954) 987-5940
Primary email: cofoservicemail@beckerlawyers.com

BY:_____
      K. Joy Mattingly
      Florida Bar #17391

26346206v.1 C29860/426646